## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Curt J. Roediger
                      Plaintiff,

v.                                         Case No.: 1:11−cv−08002
                                                            Honorable John Z. Lee

United Airlines, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2013:

      MINUTE entry before Honorable John Z. Lee: Plaintiff's motion to voluntarily dismiss [40] is granted. Because Plaintiff reports that a settlement has been reached with Defendant United Airlines, Plaintiff's claims against United Airlines are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), each party bearing its own attorneys' fees and costs. Because Defendant IAMAW 141 has not yet answered Plaintiff's complaint, Plaintiff's claims against IAMAW 141 are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party bearing its own attorneys' fees and costs. Civil case terminated. All motions and hearings are stricken.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.